# Exhibit A – Examples of Use of BAYC Marks

## Yuga Labs' Bored Ape Yacht Club Twitter Page



1

# Yuga Labs' Bored Ape Yacht Club OpenSea Page



2

## Yuga Labs' Bored Ape Yacht Club Website Homepage



## Yuga Labs' ApeFest Website Home Page



4