JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone:     775.788.2212
Facsimile:     702.692.8099

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

(California Attorneys will comply with LR IA 11-2 within 14 days)

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| YUGA LABS, INC., | Case No.: 2:23-cv-00111 |
|---|---|
| Plaintiff, | **YUGA LABS, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| v. | |
| RYAN HICKMAN, | |
| Defendant. | |

Pursuant to Local Rule 7.1-1(b), Plaintiff Yuga Labs, Inc., by and through undersigned

counsel, hereby certifies that, to its knowledge, no persons or entities have an interest in the outcome of this case other than the named parties participating in this case.

Dated: January 20, 2023

FENNEMORE CRAIG, P.C.

By: */s/ John D. Tennert*
John D. Tennert, Esq.
Attorneys for Plaintiff
Yuga Labs, Inc.