1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

YUGA LABS, INC

          Plaintiff(s),

   vs.

RYAN HICKMAN,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:23-cv-00111-JCM-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Molly R. Melcher_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
(firm name)

with offices at _____555 California Street, 12th Floor_____,
(street address)

_____San Francisco_____, _____California_____, ___94104___,
(city)                   (state)           (zip code)

_____415-875-2300_____, ___mmelcher@fenwick.com___.
(area code + telephone number)       (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs, Inc_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

A81960C4-284B-4C8C-8B80-E83F4677E696 --- 2023/02/01 15:01:02 -8:00 --- Remote Notary



DocuSign Envelope ID: 822AFEE74-9970-4974-ABD9-3EDD760893E8

1

3. That since _____December 3, 2010_____, Petitioner has been and presently is a
(date)

2 member in good standing of the bar of the highest Court of the State of _____California_____
(state)

3 where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4 from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5 possession of the United States in which the applicant has been admitted to practice law certifying

6 the applicant's membership therein is in good standing.

7 4. That Petitioner was admitted to practice before the following United States District

8 Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9 of other States on the dates indicated for each, and that Petitioner is presently a member in good

10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Northern District of CA | January 14, 2011 | N/A |
| U.S.D.C. Southern District of CA | January 7, 2011 | N/A |
| U.S.D.C. Central District of CA | January 10, 2011 | N/A |
| U.S.D.C. Eastern District of CA | January 28, 2011 | N/A |
| Court of Appeals for the Ninth Circuit | March 11, 2013 | N/A |
| State Court of California | December, 3, 2010 | 272950 |

19

20 5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21 or administrative body, or any resignation or termination in order to avoid disciplinary or

22 disbarment proceedings, except as described in detail below:

2

Rev. 5/16

A81960C4-284B-4C8C-8B80-E83F4677E696 --- 2023/02/01 15:01:02 -8:00 --- Remote Notary

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations.

California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

A81960C4-284B-4C8C-8B80-E83F4677E696 --- 2023/02/01 15:01:02 -8:00 --- Remote Notary

DocVerify ID: A81960C4-284B-4C8C-8B80-E83F4677E696
www.docverify.com

Page 3 of 6      3E83F4677E696

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3
Molly R. Melcher
*Signed on 2023/02/02 16:33:39 -8:00*

4   _____
Petitioner's signature

STATE OF _____Nevada_____ )

5   COUNTY OF _____WASHOE_____ )

6

7   _____Molly R. Melcher_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9
Molly R. Melcher
*Signed on 2023/02/02 16:33:39 -8:00*
_____
Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _____ day of____02/02/2023_____, ____2023____.

13   *ABraselton*
*Signed on 2023/02/02 16:33:39 -8:00*

S. BRASELTON
NOTARY PUBLIC
STATE OF NEVADA
**Commission # 10-3467-2**
My Appt. Expires October 11, 2026

14   _____
Notary Public or Clerk of Court

15   Notarial act performed by audio-visual communication

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____John D. Tennert III_____,

19                                                                                    (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____9275 W. Russell Road, Suite 240_____,
                                    (street address)

24   _____Las Vegas_____, _____Nevada_____, ____89148____,

25                (city)                              (state)                  (zip code)

26   _____775-788-2212_____, _____jtennert@fennemorelaw.com_____.
        (area code + telephone number)              (Email address)

27

28                                          4                                          Rev. 5/16

DocuSign Envelope ID: 822AFEE74-9970-4974-ABD9-3EDD760893E8

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
                                                    (name of local counsel)

8   his/her/their Designated Resident Nevada Counsel in this case.

9                               ┌─ DocuSigned by:
                                │  *Anne M. Termine*
10  _____└──A1842E9E3D98418_____
                                (party's signature)

11                              Anne M. Termine        Deputy General Counsel Yuga Labs, Inc.
12  _____
                                (type or print party name, title)

13  _____
                                (party's signature)

14

15  _____
                                (type or print party name, title)

16

17                              **CONSENT OF DESIGNEE**
18      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____
    Designated Resident Nevada Counsel's signature

21  11728                              jtennert@fennemorelaw.com
    _____
    Bar number                         Email address

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                                      5                                    Rev. 5/16

A81960C4-284B-4C8C-8B80-E83F4677E696 --- 2023/02/01 15:01:02 -8:00 --- Remote Notary



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MOLLY R. MELCHER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MOLLY R. MELCHER, #272950, was on the **3rd day of December, 2010,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the **27th day of January 2023.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Tao Zhang, Deputy Clerk*

A81960C4-284B-4C8C-8B80-E83F4677E696 --- 2023/02/01 15:01:02 -8:00 --- Remote Notary

DocVerify ID: A81960C4-284B-4C8C-8B80-E83F4677E696
www.docverify.com