```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEVADA
 7
 8                                              )    Case # 2:23-cv-00111-JCM-NJK
                                                )
 9   YUGA LABS, INC                             )
                                                )
10                  Plaintiff(s),               )    VERIFIED PETITION FOR
                                                )    PERMISSION TO PRACTICE
11          vs.                                 )    IN THIS CASE ONLY BY
                                                )    ATTORNEY NOT ADMITTED
12    RYAN HICKMAN,                             )    TO THE BAR OF THIS COURT
                                                )    AND DESIGNATION OF
13                                              )    LOCAL COUNSEL
                    Defendant(s).               )
14   _____)            FILING FEE IS $250.00
15
16          _____Eric Ball_____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)
17
            1.      That Petitioner is an attorney at law and a member of the law firm of
18
     _____Fenwick & West LLP_____
19                                    (firm name)

20   with offices at _____801 California Street_____,
                                       (street address)
21
         _____Mountain View_____, _____California_____, ____94041____,
22                   (city)                      (state)                (zip code)

23       _____650-988-8500_____, _____eball@fenwick.com_____.
           (area code + telephone number)              (Email address)
24
            2.      That Petitioner has been retained personally or as a member of the law firm by
25
            _____Yuga Labs, Inc_____ to provide legal representation in connection with
26                     [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                              Rev. 5/16
```

3. That since _____12/1/2005_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals, Ninth Circuit | September 9, 2016 | CA Bar #241327 |
| USDC, Southern District of California | July 28, 2008 | |
| USDC, Eastern District of California | September 2, 2008 | |
| USDC, Northern District of California | July 5, 2006 | |
| USDC, Central District of California | June 22, 2006 | |
| USDC, District of Colorado | September 24, 2013 | |
| See Attachment | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | *see attached | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
                                                          *Eric Ball*
                                                          Signed on 2023/01/31 11:00:08 -8:00
4  STATE OF __NEVADA__        )                           _____
                                                          Petitioner's signature
5                              )
   COUNTY OF __WASHOE__        )
6

7  __ERIC BALL__, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.
                                                          *Eric Ball*
                                                          Signed on 2023/01/31 11:00:08 -8:00
9                                                         _____
                                                          Petitioner's signature
10 Subscribed and sworn to before me this

11
                    01/31/2023
12 _____day of_____, 2023
                                                          S. BRASELTON
                                                          NOTARY PUBLIC
13  *Braselton*                                           STATE OF NEVADA
    Signed on 2023/01/31 11:00:08 -8:00                   Commission # 10-3467-2
                                                          My Appt. Expires October 11, 2026
14     Notary Public or Clerk of Court
                                                          Notary Stamp 2023/01/31 12:00:08 PST    28C41953C1D1

15           Notarial act performed by audio-visual communication

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate __John D. Tennert III__,
                                                                        (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action. The address and email address of

22 said designated Nevada counsel is:

23 _____9275 W. Russell Road, Suite 240_____,
                                      (street address)
24
   ____Las Vegas____, ____Nevada____, ____89148____,
25      (city)              (state)         (zip code)

26 ____775-788-2212____, ____jtennert@fennemorelaw.com____.
     (area code + telephone number)     (Email address)
27

28                                         4                                          Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Anne M. Termine* (DocuSigned)
_____
(party's signature)

Anne M. Termine     Deputy General Counsel Yuga Labs, Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11728                jtennert@fennemorelaw.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Attachment to Verified Petition for Permission to
Practice in This Case Only by Attorney Not Admitted
to the Bar of This Court and Designation of Local Counsel

4. Admitted Courts

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Eastern District of Texas | December 3, 2007 | N/A |
| USDC, Western District of New Mexico | March 1, 2013 | N/A |

DocuSign Envelope ID: 822AEE74-9970-4974-ABD9-3EDD76080358

**The State Bar of California**
180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC J. BALL, #241327 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

DocVerify ID: 9F512F48-FA19-4489-8360-7F1D21F099ED
www.docverify.com

Page 7 of 7    77F1D21F099ED

9F512F48-FA19-4489-8360-7F1D21F099ED --- 2023/01/30 16:07:27 -8:00 --- Remote Notary



**Question 8**

| Date of Application | Cause | Title of Court | Was Application Granted or Denied |
|---|---|---|---|
| 2/6/2023 | Yuga Labs Inc. vs Ryder Ripps and Jeremy Cahen | USDC Nevada | Granted |