# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YUGA LABS, INC

    Plaintiff(s),

vs.

RYAN HICKMAN,

    Defendant(s).

Case #2:23-cv-00111-JCM-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Molly R. Melcher_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
(firm name)

with offices at _____555 California Street, 12th Floor_____,
(street address)

__San Francisco__, __California__, __94104__,
(city)     (state)     (zip code)

__415-875-2300__, __mmelcher@fenwick.com__.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
_____Yuga Labs, Inc_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since ___December 3, 2010___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Northern District of CA | January 14, 2011 | N/A |
| U.S.D.C. Southern District of CA | January 7, 2011 | N/A |
| U.S.D.C. Central District of CA | January 10, 2011 | N/A |
| U.S.D.C. Eastern District of CA | January 28, 2011 | N/A |
| Court of Appeals for the Ninth Circuit | March 11, 2013 | N/A |
| State Court of California | December, 3, 2010 | 272950 |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3                                                          *Molly R. Melcher*
4                                                          _____
                                                           Petitioner's signature
   STATE OF ____Nevada____ )
5                          )
   COUNTY OF ____WASHOE____ )
6

7  ____Molly R. Melcher____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          *Molly R. Melcher*
                                                           _____
                                                           Petitioner's signature
10 Subscribed and sworn to before me this

11
                       02/02/2023
12 _____ day of_____, 2023_____.

13 */s/ Braselton*
   _____          S. BRASELTON
14 Notary Public or Clerk of Court                   NOTARY PUBLIC
                                                     STATE OF NEVADA
15 Notarial act performed by audio-visual communication   Commission # 10-3467-2
                                                     My Appt. Expires October 11, 2026

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
17         **THE BAR OF THIS COURT AND CONSENT THERETO.**

18 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19 believes it to be in the best interests of the client(s) to designate ____John D. Tennert III____,
                                                                           (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21 above-entitled Court as associate resident counsel in this action. The address and email address of
22 said designated Nevada counsel is:

23 _____9275 W. Russell Road, Suite 240_____,
                        (street address)
24
   _____Las Vegas_____, _____Nevada_____, _____89148_____,
25        (city)                (state)              (zip code)

26 _____775-788-2212_____, _____jtennert@fennemorelaw.com_____.
   (area code + telephone number)         (Email address)
27

28                                      4                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*DocuSigned by:*
*Anne M. Termine*
A1842E9E3D98418...
_____
(party's signature)
Anne M. Termine     Deputy General Counsel  Yuga Labs, Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
11728                  jtennert@fennemorelaw.com
Bar number             Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16





# Supreme Court of California

### JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MOLLY R. MELCHER*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MOLLY R. MELCHER, **#272950**, was on the **3rd day of December, 2010,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the **27th day of January 2023.**

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Tao Zhang, Deputy Clerk