| Attorney or Party without Attorney: JOHN D. TENNERT III (SBN 11728) FENNEMORE CRAIG, P.C. 7800 Rancharrah Parkway RENO, NV 89511 Telephone No: (775) 788-2200 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: 058484.0002 | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT DISTRICT OF NEVADA | | |
| Plaintiff: YUGA LABS, INC. Defendant: RYAN HICKMAN | | |
| **DECLARATION OF SERVICE** | Hearing Date: / Time: / Dept/Div: | Case Number: 2:23-cv-000111 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the
   Complaint For False Designation of Origin and Cybersquatting ; Summons in a Civil Action; Yuga Labs, Inc.'s Certificate of Interested Parties Pursuant To Local Rule 7.1-1; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served:      Ryan Hickman
   b. Person served:    Jane Doe, Co-Occupant

4. Address where the party was served: ▆▆▆▆▆▆▆▆ Henderson, NV ▆▆▆▆▆

5. I served the party:
   a. **by substituted service.**   On: Thu, Feb 09 2023 at: 06:06 PM by leaving the copies with or in the presence of:
      Jane Doe, Co-Occupant , African American , Female , Age: 15 , Hair: Black , Eyes: Brown , Height: 5'5" , Weight: 120 .

   (2) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Fee for Service:
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. **Person Who Served Papers:**
   a. Deyber Jimenez (R-2022-05447, Clark)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

02/17/2023                    *(Signature)*
(Date)                        (Signature)



DECLARATION OF SERVICE

8407714
(117776)