JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (admitted *pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (admitted *pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (admitted *pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (admitted pro hac vice)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>RYAN HICKMAN,<br><br>   Defendant. | Case No.: 2:23-cv-00111-JCM-NJK<br><br>**PLAINTIFF YUGA LABS, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT RYAN HICKMAN** |

**TO THE CLERK OF THE COURT:**

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 77-1(b)(2), Plaintiff Yuga Labs hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Ryan Hickman ("Hickman") on the ground that Hickman has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

In support of this request, Yuga Labs relies on the record in this case and the accompanying declaration of John D. Tennert III filed herewith.

Dated:   March 3, 2023                FENNEMORE CRAIG, P.C.


By:  */s/ John D. Tennert*
     John D. Tennert, Esq.
     *Attorneys for Plaintiff Yuga Labs, Inc.*