JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (admitted *pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (admitted *pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (admitted *pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (admitted pro hac vice)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN HICKMAN, <br><br> Defendant. | Case No.: 2:23-cv-00111-JCM-NJK <br><br> **DECLARATION OF JOHN D. TENNERT III IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT RYAN HICKMAN** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, John D. Tennert III, declare:

1. I am an attorney admitted to practice in Nevada and am a Director with the law firm of Fennemore Craig, P.C., counsel for Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth herein.

2. I submit this declaration in support of Plaintiff's Motion for Entry of Clerk's Default Against Defendant Ryan Hickman ("Hickman").

3. On February 9, 2023, I caused Hickman to be served with the Complaint (ECF No. 1) and Summons (ECF No. 5) by substituted service pursuant to Federal Rule of Civil Procedure 5(b)(2)(B)(ii).

4. The Declaration of Service was filed with the Court on February 17, 2023 (ECF No. 18).

5. Pursuant to Federal Rule of Civil Procedure 12, the deadline for Hickman to respond was March 2, 2023, and he has yet to answer or otherwise file a response to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2023.

/s/ *John D. Tennert*
John D. Tennert, Esq.