# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Yuga Labs, Inc. )
)
             Plaintiff(s), )
)
v. )   Case No.: 2:23-cv-00111-JCM-NJK
)
Ryan Hickman )   **DEFAULT**
)
             Defendant(s). )
)

    It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __January 20, 2023__
    (Original, Amended, etc)                                                     (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Ryan Hickman__

in the above-entitled action is hereby entered.

DATED: _____                  DEBRA K. KEMPI, CLERK

                                                          By: _____
                                                                           Deputy Clerk