JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (admitted *pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (admitted *pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (admitted *pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (admitted pro hac vice)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:23-cv-00111-JCM-NJK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RYAN HICKMAN, | |
| Defendant. | |

I hereby certify that on March 3, 2023, I served a true and correct copy of the following documents were served via email and U.S. mail:

1. PLAINTIFF YUGA LABS, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT RYAN HICKMAN

2. DECLARATION OF JOHN D. TENNERT III IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT RYAN HICKMAN

3. DEFAULT (PROPOSED)

addressed as follows:

Served via email, U.S. mail

**Ryan Hickman**
███ Sidewheeler Street
Henderson, NV 89012
Email: kingsrborn@gmail.com

                                        */s/ Shawna Braselton*
                               An Employee of Fennemore Craig, P.C.