JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (admitted *pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (admitted *pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (admitted *pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (admitted pro hac vice)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>RYAN HICKMAN,<br><br>                    Defendant. | Case No.: 2:23-cv-00111-JCM-NJK<br><br>**NOTICE OF ENTRY OF ORDER** |

**TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**  that  on the  20th day of March, 2023, the Court entered an

Order granting Plaintiff Yuga Labs, Inc.'s Motion for Entry of Default (ECF No. 20), and on that

same date, the Clerk of Court thereafter entered the default of Defendant Ryan Hickman (ECF No.

1

21). Copies of said Order and Entry of Default are attached hereto as Exhibit 1 and 2, respectively, and incorporated herein by reference.

Dated this 27th day of March, 2023.

FENNEMORE CRAIG, P.C.


By: /s/ *John D. Tennert*
John D. Tennert, Esq.
*Attorneys for Plaintiff Yuga Labs, Inc.*

## CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **NOTICE OF ENTRY OF ORDER** on the parties set forth below by:

_____   Hand delivery at parties' 16.1 conference

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

\_\_\_XX\_\_\_   Via email

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

\_\_XX_____   Via United States Postal Service

_____   E-service effected by CM/ECF

addressed as follows:

Ryan Hickman
█████████████
Henderson, NV ████
Email: kingsrborn@gmail.com

*Plaintiff*

DATED this 27th day of March, 2023.

/s/ Linda S. Bailey
Employee of FENNEMORE CRAIG, P.C.

FENWICK & WEST LLP
ATTORNEYS AT LAW