JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (admitted *pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (admitted *pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (admitted *pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (admitted pro hac vice)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff
Yuga Labs, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>RYAN HICKMAN,<br><br>    Defendant. | Case No.: 2:23-cv-00111-JCM-NJK<br><br>**DECLARATION OF JOHN D. TENNERT III IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST RYAN HICKMAN** |

I, John D. Tennert III, declare:

1. I am an attorney admitted to practice in Nevada and am a Director with the law firm of Fennemore Craig, P.C., counsel for Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth herein.

2. I submit this declaration in support of Plaintiff's Application for Entry of Default Judgment Against Ryan Hickman ("Hickman").

3. On February 9, 2023, I caused Hickman to be served with the Complaint (ECF No. 1) and Summons (ECF No. 5) by substituted service pursuant to Federal Rule of Civil Procedure 5(b)(2)(B)(ii).

4. The Declaration of Service was filed with the Court on February 17, 2023 (ECF No. 18).

5. Pursuant to Federal Rule of Civil Procedure 12, the deadline for Hickman to respond was March 2, 2023, and he has yet to answer or otherwise file a response to the Complaint.

6. On March 3, 2023, my firm caused to be filed with this Court a Motion for Entry of Clerk's Default Against Defendant Ryan Hickman ("Motion for Entry of Default"). (ECF No. 19).

7. On that same date, Hickman was served with a copy of the Motion for Entry of Clerk's Default by mail and email. (ECF No. 19-3).

8. Thereafter, on March 20, 2023, this Court granted Plaintiff's Motion for Entry of Default and entered Hickman's default (ECF No. 20; ECF No. 21).

9. On March 27, 2023, I caused to be served on Hickman a Notice of Entry of Order attaching this Court's order granting Plaintiff Yuga Lab, Inc.'s Motion for Entry of Default, as well

///

///

///

///

///

as the clerk's entry of default via email and mail. (ECF No. 22).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023.

                                        */s/ John D. Tennert III*
                                        John D. Tennert III, Esq.

FENWICK & WEST LLP
ATTORNEYS AT LAW