**DICKINSON WRIGHT PLLC**
CALEB L. GREEN, ESQ.
Nevada Bar No. 15234
Email: CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

STEVEN A. CALOIARO, ESQ.
Nevada Bar No. 12344
Email: SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada  89501
Tel:    702-343-7506
Fax:    844-670-6009

*Attorneys for Defendant*
*Ryan Hickman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUGA LABS INC.<br><br>Plaintiff,<br><br>v.<br><br>RYAN HICKMAN<br><br>Defendant. | CASE NO.: 2:23-cv-00111-JCM-NJK<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE Caleb L. Green, Esq., Steven A. Caloiaro and the law firm of Dickinson Wright PLLC, hereby enter an appearance as counsel of record for Defendant Ryan Hickman.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1

All future pleadings and documents should be served on counsel accordingly.

DATED this 22 day of August, 2023.

**DICKINSON WRIGHT PLLC**

<u>/s/ Caleb L. Green</u>
CALEB L. GREEN, ESQ.
Email:  CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:     702-550-4400
Fax:     844-670-6009

STEVEN A. CALOIARO, ESQ.
Email:  SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada  89501
Tel:     702-343-7506
Fax:     844-670-6009



# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 22nd day of August, 2023, a copy of the foregoing **NOTICE OF APPEARANCE**, was served electronically to all parties of interest through the Court's CM/ECF system as follows:

FENWICK & WEST LLP
Anthony Michael Fares
Molly R. Melcher
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-875-2300
mmelcher@fenwick.com
afares@fenwick.com

Eric James Ball
Kimberly Culp
801 California Street
Mountain View, CA 94041
Tel: 650-988-8500
Eball@fenwick.com
kculp@fenwick.com

FENNEMORE CRAIG, P.C.
John D. Tennert
MaryJo Smart
7800 Rancharrah Parkway
Reno, NV 89511
eball@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff
*Yuga Labs Inc.*

　　　　　　　　　　　　　　　　　　　　　*/s/ Ashley B. Moretto*
　　　　　　　　　　　　　　　　　　　　　An Employee of Dickinson Wright PLLC

