**DICKINSON WRIGHT PLLC**
CALEB L. GREEN, ESQ.
Nevada Bar No. 15234
Email: CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:   702-550-4400
Fax:   844-670-6009

STEVEN A. CALOIARO, ESQ.
Nevada Bar No. 12344
Email: SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel:   702-343-7506
Fax:   844-670-6009

*Attorneys for Defendant*
*Ryan Hickman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUGA LABS INC.<br><br>                    Plaintiff,<br><br>v.<br><br>RYAN HICKMAN<br><br>                    Defendant. | CASE NO.: 2:23-cv-00111-JCM-NJK<br><br>**NOTICE OF EFFORTS TO RETAIN COUNSEL AND PARTICIPATE IN THE INSTANT PROCEEDINGS** |

Defendant Ryan Hickman ("Defendant"), hereby notifies the Court and opposing counsel that over the past several months Defendant has made good faith attempts to retain counsel to represent him the instant proceedings. Recently, Defendant retained the attorneys at Dickinson Wright PLLC to represent Defendant in this pending matter.

However, before Defendant's counsel could file a notice of appearance in the instant proceedings, the Court entered Default Judgment (ECF No. 26), and Plaintiff has submitted a Proposed Order (ECF No. 27), which is currently pending before this Court. Defendant's counsel is actively making efforts to contact opposing counsel concerning a Stipulation to Set Aside Default Judgment ("Stipulation"). In the event a Stipulation cannot be mutually agreed upon by the Parties,



1  Defendant is prepared to file a Motion to Vacate or Set Aside the Default Judgment as soon as
2  possible.
3      Defendant has every intention to reach a Stipulation with Plaintiff or, alternatively, to file a
4  Motion to Vacate or Set Aside Default as soon as possible. However, for the convenience of the
5  Court, Defendant submits herewith a Proposed Scheduling Order containing a proposed filing
6  deadline on September 1, 2023 for Defendant to file its Motion to Vacate or Set Aside Default
7  Judgment, or submit a Stipulation.
8      This notice is made in good faith.
9      DATED this 22nd day of August, 2023.

**DICKINSON WRIGHT PLLC**

*/s/ Caleb L. Green*
CALEB L. GREEN, ESQ.
Email: CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel: 702-550-4400
Fax: 844-670-6009

STEVEN A. CALOIARO, ESQ.
Email: SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: 702-343-7506
Fax: 844-670-6009



# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 22nd day of August, 2023, a copy of the foregoing **NOTICE OF EFFORTS TO RETAIN COUNSEL AND PARTICIPATE IN THE INSTANT PROCEDDINGS**, was served electronically to all parties of interest through the Court's CM/ECF system as follows:

FENWICK & WEST LLP
Anthony Michael Fares
Molly R. Melcher
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-875-2300
mmelcher@fenwick.com
afares@fenwick.com

Eric James Ball
Kimberly Culp
801 California Street
Mountain View, CA 94041
Tel: 650-988-8500
Eball@fenwick.com
kculp@fenwick.com

FENNEMORE CRAIG, P.C.
John D. Tennert
MaryJo Smart
7800 Rancharrah Parkway
Reno, NV 89511
eball@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff
*Yuga Labs Inc.*

                                                      /s/ *Ashley B. Moretto*
                                                      An Employee of Dickinson Wright PLLC

