**DICKINSON WRIGHT PLLC**
CALEB L. GREEN, ESQ.
Nevada Bar No. 15234
Email:  CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

STEVEN A. CALOIARO, ESQ.
Nevada Bar No. 12344
Email:  SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada  89501
Tel:    702-343-7506
Fax:    844-670-6009

*Attorneys for Defendant*
*Ryan Hickman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS INC.<br><br>                    Plaintiff,<br><br>v.<br><br>RYAN HICKMAN<br><br>                    Defendant. | CASE NO.: 2:23-cv-00111-JCM-NJK<br><br>**[PROPOSED] SCHEDULING ORDER** |

Defendant Ryan Hickman shall file with this Court a Motion to Vacate or Set Aside Default Judgment by Friday, September 1, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:

