# EXHIBIT 1
(Video footage)