Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# EXHIBIT B

(Declaration of M. Hickman)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YUGA LABS, INC.,

                Plaintiff,

v.

RYAN HICKMAN,

                Defendant.

_____ /

**DECLARATION OF MELODY HICKMAN IN SUPPORT OF MOTION TO VACATE**
**OR SET ASIDE DEFAULT JUDGMENT**

      I, MELODY HICKMAN, declare under penalty of perjury under the law of the United States of America and the State of Nevada that the following is true and correct:

1.       I am competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters state upon information and belief.  As to those matters stated upon information and belief, I believe them to be true. If called upon to testify as to the matters herein I could and would do so.

2.       I am thirteen years old. My birthday is February 16, 2010.

3.       I am in the 8th grade at a CCSD School.

4.       On February 9, 2023, I was twelve years old.

5.       On February 9, 2023, someone came up to me outside of our home while taking the trash out, in Henderson, Nevada with unfamiliar papers in his hand.

6.       I told the stranger that my parents were not home, and that I was twelve years old.

7.       The stranger told me he could not leave the papers with me, and left. I did not see the stranger return.

DATE: 8/24/2023

/s/ _____
MELODY HICKMAN