**DICKINSON WRIGHT PLLC**
CALEB L. GREEN, ESQ.
Nevada Bar No. 15234
Email:  CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

STEVEN A. CALOIARO, ESQ.
Nevada Bar No. 12344
Email:  SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada  89501
Tel:    702-343-7506
Fax:    844-670-6009

*Attorneys for Defendant*
*Ryan Hickman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUGA LABS INC.<br><br>Plaintiff,<br><br>v.<br><br>RYAN HICKMAN<br><br>Defendant. | CASE NO.: 2:23-cv-00111-JCM-NJK<br><br>**NOTICE OF MANUAL FILING FOR EXHIBIT 1 TO EXHIBIT A DECLARATION OF RYAN HICKMAN IN SUPPORT OF MOTION TO VACATE OR SET ASIDE DEFAULT JUDGMENT [ECF NO. 31]** |

On August 30, 2023, Defendant Ryan Hickman ("Defendant"), by and through his counsel of record, submitted Exhibit A, his Declaration In Support of Motion to Vacate or Set Aside Default Judgment (ECF No. 31). Exhibit 1 to Exhibit A, the Declaration of Ryan Hickman In Support of Motion to Vacate or Set Aside Default Judgment is a video. Defendant provides notice that the actual video is being submitted to the Clerk's Office for manual filing in a DVD format.

/ / /

/ / /

Defendant will also provide a copy of the video to Plaintiff's counsel accordingly.

DATED this 30th day of August, 2023.

**DICKINSON WRIGHT PLLC**

*/s/ Caleb L. Green*
CALEB L. GREEN, ESQ.
Email:  CGreen@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:     702-550-4400
Fax:    844-670-6009

STEVEN A. CALOIARO, ESQ.
Email:  SCaloiaro@dickinson-wright.com
100 W. Liberty Street, Suite 940
Reno, Nevada  89501
Tel:     702-343-7506
Fax:    844-670-6009

*Attorneys For Defendant
Ryan Hickman*



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 30th day of August, 2023, a copy of the foregoing **NOTICE OF MANUAL FILING**, was served electronically to all parties of interest through the Court's CM/ECF system with a copy of the above referenced DVD being served by depositing the same into the U.S. Mail in Las Vegas, Nevada, postage prepaid, addressed to the following:

FENWICK & WEST LLP
Anthony Michael Fares
Molly R. Melcher
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-875-2300
mmelcher@fenwick.com
afares@fenwick.com

Eric James Ball
Kimberly Culp
801 California Street
Mountain View, CA 94041
Tel: 650-988-8500
Eball@fenwick.com
kculp@fenwick.com

FENNEMORE CRAIG, P.C.
John D. Tennert
MaryJo Smart
7800 Rancharrah Parkway
Reno, NV 89511
eball@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff
*Yuga Labs Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ashley B. Moretto
　　　　　　　　　　　　　　　　　　　　　　　　An Employee of Dickinson Wright PLLC



# EXHIBIT 1
(Video footage)