AO 133    (NVD Rev. 04/23)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| YUGA LABS, INC. | ) |
|---|---|
|  | ) |
| v. | ) Case No.: 2:23-cv-00111-JCM-NJK |
|  | ) |
| RYAN HICKMAN | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  8/28/2023  against  RYAN HICKMAN ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 710.85 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . Postage: $3.66; Pacer charges: $24.50 | 28.16 |
| TOTAL | $ 1,141.01 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

DECLARATION:  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney:    John D. Tennert

Name of Attorney:  John D. Tennert

For:  Yuga Labs                                    Date:  9/11/2023
       *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*