JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327) (*pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839) (*pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950) (*pro hac vice*)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065) (*pro hac vice*)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:23-cv-00111-JCM-NJK |
| Plaintiff, | **AFFIDAVIT OF JOHN D. TENNERT III IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S BILL OF COSTS** |
| v. | |
| RYAN HICKMAN, | |
| Defendant. | |

FENWICK & WEST LLP

I, John D. Tennert III, do hereby declare as follows:

1.      I am counsel of record for Plaintiff Yuga Labs, Inc. and a member of the Nevada bar. I submit this affidavit in support of Defendant Yuga Labs, Inc.'s Bill of Costs. With the exception of those matters stated upon information and belief, I have personal knowledge of the facts stated in this affidavit, and the facts contained herein are true and correct to the best of my information and belief. If called upon to do so, I could testify competently to the same under oath in a court of law.

2.      Attached hereto as Exhibit A are true and accurate itemization of the billing and the invoice for fees of the Clerk, fees for service of summons and subpoena, postage, and Pacer charges incurred in this matter, which I am informed are the true and correct amounts that were billed to our client in this matter. Those expenses include:

a.      Filing fee in the amount of $402, receipt number ANVDC-7179182.

b.      Fees for service of subpoena and summons of $710.85 and invoice.

c.      Postage billed to the client for service of documents in the case of $3.66.

d.      PACER charges billed to the client for retrieving documents in this case of $24.50.

Each of these charges were necessarily incurred and billed in this matter.

///
///
///
///
///
///
///
///
///
///
///

FENWICK & WEST LLP

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2 true and correct.

3         Executed on September 11, 2023.

4

5                                                                      John D. Tennert III

6

STATE OF NEVADA              )

7                              )ss.

COUNTY OF WASHOE             )

8

9 SUBSCRIBED and SWORN to

before me this  14th day of September,

10 2023, by John D. Tennert III.

11

12

13 Notary Public

SUSAN WHITEHOUSE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 22-5768-02 · Expires February 8, 2025

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP

## EXHIBIT LIST

| Exhibit No. | Description | Pages |
|---|---|---|
| A. | Itemized Billing and Invoices for Fees and Costs | 5 |

FENWICK & WEST LLP

# Exhibit A

Itemized Billing and Invoices for Fees and Costs

# Exhibit A

**Transaction Log**

**Report Period: 01/01/2023 - 08/31/2023**

| Id | Date | Case Number | Text |
|----|------|-------------|------|
| 7179155 | 01/20/2023 14:06:23 | 2:23-cv-111 | Opened New CV Case 2:23-cv-111 |
| 7179182 | 01/20/2023 14:14:59 | 2-23-cv-111 | COMPLAINT against All Defendants (Filing fee $402 receipt number ANVDC-7179182) by Yuga Labs Inc. Proof |

of service due by 4/20/2023. (Attachments: # (1) Exhibit A, # (2) Civil Cover Sheet Yuga Labs, Inc., # (3) Summons Ryan Hickman) (Ten



# INVOICE

**First Legal Investigations**
CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

P.O. BOX 841441
Dallas, TX 75284-1441

TAX ID# 91-2199437

| | Invoice Date | Total Due |
|---|---|---|
| | 2/15/23 | 710.85 |

Fennemore Craig
7800 Rancharra Parkway
Reno, NV 89511

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | | 2/15/23 | 710.85 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/09/23<br>SURVEILLANCE SERVE | 117776 | SRV | Fennemore Craig<br>7800 Rancharrah Parkway<br>RENO          NV 89511<br>Caller: Debbie Sorensen<br>23-cv-00010-APG-NJK<br>Yuga Labs Inc v R. Ripps, J. Cahen<br>Complaint / Certificate/ Report and Summons<br>Please serve on Ryan<br>Signed: SUB-SERVICE | *Ryan Hickman<br>260 Sidewheeler Street<br>HENDERSON     NV 89012<br><br><br><br><br>Ref: 058484.0002 | PROCESS   :   91.75<br>SURVEIL    :  580.00<br>MILEAGE    :   39.10 | 710.85 |
| | | | | | **Total** | 710.85 |

## INVOICE PAYMENT DUE UPON RECEIPT

PLEASE PRINT CLEARLY          RENO OFFICE POSTAGE CHARGES

| DATE | ATTY INITIALS | BILLING NUMBER | USER ID | AMOUNT | DESCRIPTION |
|------|---------------|----------------|---------|--------|-------------|
| | | | | | |
| 3/3 | JTEN | 058484.0002 | SB | 160 | Hickman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PLEASE PRINT CLEARLY          RENO OFFICE POSTAGE CHARGES

| DATE | ATTY INITIALS | BILLING NUMBER | USER ID | AMOUNT | DESCRIPTION |
|------|---------------|----------------|---------|--------|-------------|
| 3-27-23 | JTEN | 058484.0002 | JB | .84 | Notice of Default - Yuga Labs |
| | | | | | |
| 3-31 | JTENN | 058484.0002 | JW | 2.22 | Ryan Hickman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ███████████████

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

████████████████████████

| | |
|---|---|
| FILE NO: | 058484.0002 - JTEN |
| DATE: | 03/17/23 |
| INVOICE: | 1152620 |

**DUE UPON RECEIPT**

**RE:**  adv. Ryan Hickman

For Professional Services Rendered and Charges and Costs Advanced

Fees
Costs
Total Current Invoice



adv. Ryan Hickman
03/17/23
Page: 2

Client:   058484
Matter:   058484.0002
Invoice:  1152620

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
| --- | --- | --- | --- |

adv. Ryan Hickman
03/17/23
Page: 3

Client:   058484
Matter:   058484.0002
Invoice:   1152620

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|

**TIME SUMMARY**

SERVICES PERFORMED BY

John Tennert III

Wade Beavers

Shawna Braselton

**Summary of Hours and Fees**

| DATE | COSTS ADVANCED | AMOUNT |
|------|----------------|--------|
| 01/05/23 | Pacer Electronic Pages - 1/5/23, 1/6/23, 1/9/23, 1/13/23, 1/20/23, 1/24/23, 1/27/23, 1/30/23 - NVDC | 9.60 |

**FENNEMORE CRAIG, P.C.  |  Attorneys**

adv. Ryan Hickman                                    Client:    058484
03/17/23                                             Matter:    058484.0002
Page: 4                                              Invoice:   1152620

                                    Total Current Invoice

**FENNEMORE CRAIG, P.C. | Attorneys**

Servicing Clients Locally and Nationally with Office Locations in:

Arizona | California | Colorado | Nevada

www.fennemorelaw.com

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ▮▮▮▮▮▮▮▮▮▮

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

| | |
|---|---|
| **FILE NO:** | 058484.0002 - JTEN |
| **DATE:** | 03/17/23 |
| **INVOICE:** | 1152620 |

**DUE UPON RECEIPT**

**RE:**  adv. Ryan Hickman

**Remittance Page**

Fees
Costs
Total Current Invoice

# INVOICE

## FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ███████████

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

███████████████████████████

**FILE NO:**    **058484.0002 - JTEN**
**DATE:**        **05/16/23**
**INVOICE:**    **1161125**

**DUE UPON RECEIPT**

**RE:** adv. Ryan Hickman

For Professional Services Rendered and Charges and Costs Advanced

Fees
Costs
Total Current Invoice



**FENNEMORE CRAIG, P.C.  |  Attorneys**

Servicing Clients Locally and Nationally with Office Locations in:

Arizona  |  California  |  Colorado  |  Nevada

www.fennemorelaw.com

adv. Ryan Hickman
05/16/23
Page: 2

Client:   058484
Matter:   058484.0002
Invoice:  1161125

DATE      PROFESSIONAL SERVICES                                    HOURS        AMOUNT

**TIME SUMMARY**

SERVICES PERFORMED BY

John Tennert III

MaryJo Smart

**Summary of Hours and Fee**

**FENNEMORE CRAIG, P.C. | Attorneys**

Servicing Clients Locally and Nationally with Office Locations in:

Arizona | California | Colorado | Nevada

www.fennemorelaw.com

adv. Ryan Hickman
05/16/23
Page: 3

Client:   058484
Matter:   058484.0002
Invoice:  1161125

| DATE | COSTS ADVANCED | AMOUNT |
|------|----------------|--------|
| 03/23/23 | Pacer Electronic Pages - 3/23/23, 3/24/23, 3/27/23, 3/31/23 - NVDC | 6.40 |
| | **Total Costs Advanced** | **$6.40** |

Total Current Invoice                    ███████

INVOICE

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000  |  ▮▮▮▮▮▮▮▮▮▮▮

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

| | |
|---|---|
| FILE NO: | 058484.0002 - JTEN |
| DATE: | 05/16/23 |
| INVOICE: | 1161125 |

**DUE UPON RECEIPT**

**RE:** adv. Ryan Hickman

**Remittance Page**

Fees
Costs
Total Current Invoice

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ████████████████

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

| | |
|---|---|
| **FILE NO:** | **058484.0002 - JTEN** |
| **DATE:** | **04/19/23** |
| **INVOICE:** | **1157066** |

████████████████████████████

**DUE UPON RECEIPT**

**RE:**  adv. Ryan Hickman

For Professional Services Rendered and Charges and Costs Advanced

Fees
Costs
Total Current Invoice



**FENNEMORE CRAIG, P.C.  |  Attorneys**

Servicing Clients Locally and Nationally with Office Locations in:

Arizona  |  California  |  Colorado  |  Nevada

www.fennemorelaw.com

adv. Ryan Hickman
04/19/23
Page: 2

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
| --- | --- | --- | --- |

adv. Ryan Hickman
04/19/23
Page: 3

Client:   058484
Matter:   058484.0002
Invoice:  1157066

DATE        PROFESSIONAL SERVICES                                    HOURS        AMOUNT

adv. Ryan Hickman
04/19/23
Page: 4

Client:   058484
Matter:   058484.0002
Invoice:  1157066

**TIME SUMMARY**

<u>SERVICES PERFORMED BY</u>

John Tennert III

MaryJo Smart

Shawna Braselton

**Summary of Hours and Fe**

| DATE | COSTS ADVANCED | AMOUNT |
|------|----------------|--------|
| 02/10/23 | Pacer Electronic Pages - 2/10/23 - NVDC | 0.80 |

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ▮▮▮▮▮▮▮▮▮▮▮▮

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

| | |
|---|---|
| **FILE NO:** | **058484.0002 - JTEN** |
| **DATE:** | **04/19/23** |
| **INVOICE:** | **1157066** |

**DUE UPON RECEIPT**

**RE:** adv. Ryan Hickman

**Remittance Page**

Fees
Costs
Total Current Invoice

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |   ███████████████

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

| | |
|---|---|
| **FILE NO:** | **058484.0002 - JTEN** |
| **DATE:** | **06/22/23** |
| **INVOICE:** | **1166178** |

**DUE UPON RECEIPT**

**RE:**  adv. Ryan Hickman

For Professional Services Rendered and Charges and Costs Advanced

Costs                                                                    ████████
Total Current Invoice

**FENNEMORE CRAIG, P.C.  |  Attorneys**

Servicing Clients Locally and Nationally with Office Locations in:

Arizona  |  California  |  Colorado  |  Nevada

www.fennemorelaw.com

adv. Ryan Hickman
06/22/23
Page: 2

Client:   058484
Matter:   058484.0002
Invoice:   1166178

| DATE | COSTS ADVANCED | AMOUNT |
|------|----------------|--------|
| 04/03/23 | Pacer Electronic Pages - 4/3/23, 4/7/23, 4/18/23, 4/19/23 - NVDC | 7.70 |

**INVOICE**

# FENNEMORE.

Attn: Accounting Department
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
**T:** (602) 916-5000   |

**YUGA LABS, LLC D/B/A BORED APE YACHT CLUB**

| | |
|---|---|
| **FILE NO:** | 058484.0002 - JTEN |
| **DATE:** | 06/22/23 |
| **INVOICE:** | 1166178 |

**DUE UPON RECEIPT**

**RE:** adv. Ryan Hickman

**Remittance Page**

Costs
Total Current Invoice