# AFFIDAVIT OF DEYBER JIMENEZ

STATE OF NEVADA      )
                     ) ss:
COUNTY OF WASHOE     )

NOW COMES, Deyber Jimenez, who after first being duly sworn deposes and says:

1. I am over the age of 21 years. I am making this affidavit voluntarily, and the statements in this affidavit are true and correct to the best of my knowledge. No one has promised me anything to sign this affidavit, and no one has pressured, threatened, or coerced me into signing it.

2. I submit this affidavit in support of Plaintiff Yuga Labs, Inc.'s Opposition to Defendant's Motion to Vacate or Set Aside Default Judgment.

3. I am a registered process server and am an employee or independent contractor retained by First Legal. My license number is R-2022-05447, and I am licensed to execute service of process in Clark County, Nevada.

4. Through First Legal, I received a work assignment to effectuate service of process on Ryan Hickman with the following documents: Complaint for False Designation of Origin and Cybersquatting; Summons in a Civil Action; Yuga Labs, Inc.'s Certificate of Interested Parties Pursuant to Local Rule 71-1; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark.

5. On February 9, 2023 at 6:06 p.m., I arrived at ███████████, Henderson, Nevada 89012. At that time there were no cars located on the property or on the driveway, however, the lights were on and trash cans were located on the street. At that time, I did not see any activity and I initiated surveillance.

6. At 8:32 p.m., an African American female came out of the house to throw away some trash. I approached her and asked for Ryan Hickman. In response, she told me Mr. Hickman was not present. I asked if anyone else was inside the property. She said no one was. I then asked her age, and she told me she was almost 16 years old. I showed her the legal documents in my hand, told her that they were legal documents, and told her that I would leave

1. them at the front door where she could get them. I then walked past the female and put the documents on the ledge by the front door. After I placed the documents on the ledge and as I was walking back to the street, she began to return to the house and told me she was not signing for anything. I had already dropped the documents on the ledge, and I saw her look at the documents as she passed them and before going back inside the house.

7. The African American female did not provide her name. She appeared to me to be 5'5" and 120 pounds. She had black hair, brown eyes, and was wearing glasses.

8. Based on the foregoing, I effectuated service on Mr. Hickman by leaving a copy of the summons and complaint at Mr. Hickman's dwelling or usual place of abode with the African American female, who was a person of suitable age and discretion who resided therein and is not adverse to Mr. Hickman.

9. I have reviewed a video clip that I am informed and believe was submitted by Mr. Hickman to the Court in this matter. I am the individual who appears in the video, however, the video does not depict the entire interaction between myself and the African American female. Given the camera angle of the video, I would expect that if Mr. Hickman had shared a longer clip of the video, it would depict the African American female exiting the front door, then it would show me deposit the documents on the ledge, and then it would show the African American female entering the home again through the front door.

DATED this _____ day of 09/08/2023 _____, 2023.

*Deyber Jimenez*
Signed on 2023/09/08 13:32:13 -8:00

Deyber Jimenez

SUBSCRIBED AND SWORN TO before me this _____ day of 09/08/2023 _____, 2023.

*Shawna Charleton*
Signed on 2023/09/08 13:32:13 -8:00

**SHAWNA CHARLETON**
NOTARY PUBLIC
STATE OF NEVADA
**Commission # 23-7319-02**
My Appt. Expires October 11, 2026

Notary Stamp 2023/09/08 13:32:13 PST

Notarial act performed by audio-visual communication