UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| YUGA LABS INC. | CASE NO.: 2:23-cv-00111-JCM-NJK |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT |
| RYAN HICKMAN | |
| Defendant. | |

On September 14, 2023, Defendant Ryan Hickman ("Defendant") filed his Emergency Motion to Stay Enforcement of Default Judgment ("Emergency Motion").

For good cause shown, the Emergency Motion is **GRANTED**. Plaintiff is precluded from enforcing the Judgment and Order for Permanent Injunction against Ryan Hickman (ECF No. 30), pending the complete resolution of Defendant's Motion to Vacate and Set Aside Default Judgment (ECF No. 31.)

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:



1