Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# EXHIBIT A

(Declaration of R. Hickman)

Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YUGA LABS, INC.,

        Plaintiff,

v.

RYAN HICKMAN,

        Defendant.
_____/

**DECLARATION OF RYAN HICKMAN IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO THE MOTION TO VACATE AND SET ASIDE DEFAULT JUDGMENT**

I, Ryan Hickman, declare under penalty of perjury under the law of the United States of America and the State of Nevada that the following is true and correct:

1. I am competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters state upon information and belief.  As to those matters stated upon information and belief, I believe them to be true. If called upon to testify as to the matters herein I could and would do so.

**AGE OF MELODY HICKMAN**

2. On February 9, 2023, my daughter Melody Hickman was twelve years old. A true and accurate copy of the birth certificate of my daughter Melody Hickman is attached hereto as **Exhibit 1**.

**LACK OF INVOLVEMENT WITH THE DOMAIN NAMES**

3. I previously provided testimony in the *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal. 2022) case that my only involvement in the websites located at the domain names <rrbayc.com> and <apemarket.com> ("Domain Names") included making some contributions to the "RSVP Smart Contract."

4. I made contributions to the RSVP Smart Contract, but I was not the sole contributor.

1

5.  I did upload my contributions of the RSVP Smart Contract to GitHub, an online code repository. I was a contributor to the repository account, but not the owner of the repository account. I did not have administrative privileges of the repository account.

6.  The administrator of the RSVP Smart Contract published the contract to the Ethereum Public Blockchain. Many websites accessed the contract on the public Ethereum computer network, including Opensea, Etherscan, Vercel and the Domain Names. I did not register any of those domain names, nor am I the registrar of those domain names, nor do I have any privilege of any of those domain names.

7.  I did not and do not operate the RSVP Smart Contract, the Domain Names, Hosting Service Provider, nor the websites hosted at the Domain Names.

8.  I did not upload the RSVP Smart Contract to any website hosted at the Domain Names.

9.  I did not upload the Website to any website hosted at the Domain Names.

10. The doorbell camera footage showing Plaintiff's process server abandoning documents on my porch window sill ("Doorbell Footage") was captured by my Nest doorbell camera and has not been altered or edited.

DATE: 9/20/2023                        /s/ Ryan Hickman
                                       **Ryan Hickman**