Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# EXHIBIT 1

(A true and accurate copy of M. Hickman's birth certificate)

Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# New York State Department of Health
# CERTIFICATE OF LIVE BIRTH

| Recorded District | | State File Number: |
|---|---|---|
| Register Number | |  |

### INFANT

| 1A. Name: First | Middle | Last |
|---|---|---|
| Melody | Ryann | Hickman |

| 2A. Date of Birth: | 2B. Hour: | 3. Sex: | 4A. Birth Is: | 4B. If Not Single, Birth Is: |
|---|---|---|---|---|
| February 16, 2010 | | Female | | |

| 5. Place of Birth: | 6A. Facility Name: (Address, if Place of Birth is Other than Hospital / Birthing Center) |
|---|---|
| | |

| 6B. Locality of Birth: | 6C. County of Birth: |
|---|---|

### MOTHER

| 7A-1. Name: First | Middle | Current Last Name |
|---|---|---|

| 7A-2. Last Name on Birth Certificate: | 7B. Date of Birth: | 7C. City & State of Birth: (Country, if not U.S.A.) |
|---|---|---|

| 8A. Residence, State: (Country, if not U.S.A.) | 8B. County: (Terr. or Prov., if not U.S.A.) |
|---|---|

| 8C. Locality: | 8D. Inside City/Village Limit? |
|---|---|

| 8E. Street and Number of Residence: | Apt./Unit 2 | 8F. Zip Code: |
|---|---|---|

| 8G. Mailing Address: | 8H. Zip Code: |
|---|---|

### FATHER

| 9A-1. Name: First | Middle | Current Last Name |
|---|---|---|

| 9A-2. Last Name on Birth Certificate: | 9B. Date of Birth: | 9C. City & State of Birth: (Country, if not U.S.A.) |
|---|---|---|

### ATTENDANT

| 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief. Signature ▶ | 10B. Date Signed: Month Day Year |
|---|---|

| 10C. Name of Certifier, If Not Attendant: | Title: | 10D-1. NYS License Number: (Certifier) |
|---|---|---|

| 10E. Attendant's Name: | Title: | 10F-1. NYS License Number: (Attendant) |
|---|---|---|

| 11A. Registrar Name: | |
|---|---|
| 11B. Signature of the Registrar: ▶ | 11C. Date Filed: Month Day Year |

\* 12. Information Added or Corrected:
  Item No.    Date of Correction    Authorization    Original Information

DOH-1963E (09/2009)