Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# EXHIBIT 2
(Email correspondence)

Yuga Labs Inc. v. Ryan Hickman
Case No. 2:23-cv-00111-JCM-NJK

# Caleb L. Green

| | |
|---|---|
| **From:** | Caleb L. Green |
| **Sent:** | Monday, September 25, 2023 11:08 AM |
| **To:** | 'Eric Ball' |
| **Cc:** | Steven A. Caloiaro; Shaelyn N. Dieter; Molly Melcher; Kimberly Culp; msmart@fennemorelaw.com; Katie Hauh; Ashley B. Moretto |
| **Subject:** | RE: EXTERNAL: RE: Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK |

Eric,

Thank you for responding to my question directly. We agree with your interpretation that the Court's order stays the pending Motion for Attorneys' fees, including staying our deadline to file an opposition thereto.

Caleb

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, September 25, 2023 10:29 AM
**To:** Caleb L. Green <CGreen@dickinson-wright.com>
**Cc:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Shaelyn N. Dieter <SDieter@dickinson-wright.com>; Molly Melcher <mmelcher@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; msmart@fennemorelaw.com; Katie Hauh <KHauh@fenwick.com>; Ashley B. Moretto <AMoretto@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK

Caleb,

Your email is unnecessary and not productive. For the third time, the Court's order stayed the Default Judgement, which would stay the pending attorneys' fees motion. We are following that order. If you have another interpretation, please provide it.

As discussed below, we reserve all rights regarding the remainder of your email.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Caleb L. Green <CGreen@dickinson-wright.com>
**Sent:** Monday, September 25, 2023 10:19 AM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Shaelyn N. Dieter <SDieter@dickinson-wright.com>; Molly Melcher <mmelcher@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; msmart@fennemorelaw.com; Katie Hauh <KHauh@fenwick.com>; Ashley B. Moretto <AMoretto@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK

**\*\* EXTERNAL EMAIL \*\***

Eric,

1

My question was not concerning whether or not you would comply with the Order. That was never my question. My question was whether or not Yuga Labs will confirm and agree that the Order stayed our deadlines to file an opposition to your Motion for Attorney's Fees. I am really not trying to be difficult here. I would appreciate a direct response to my question so we have a productive discussion.

In the meantime, since you have not answered our question directly, we will have to move forward with filing our opposition to your Motion for Attorney's Fees, although our position is we are not obligated to do so pursuant to the order granting our Emergency Motion.

Separately, we are not obligated to verify anything to you at this time. If you have evidence that our client has not complied with Section 7 of the Judgment, please send it to us so we can review it and we will get back to you.

Lastly, you can be sure we will provide our correspondence with you to Court. The Court, particularly Judge Mahan, should be aware of the level of unnecessary unprofessionalism and unreasonable behavior you are engaging in.

Caleb


**Caleb L. Green** Associate Attorney

3883 Howard Hughes Parkway  Phone  702-550-4417
Suite 800                    Fax    844-670-6009
Las Vegas NV 89169           Email  CGreen@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Friday, September 22, 2023 6:02 PM
**To:** Caleb L. Green <CGreen@dickinson-wright.com>
**Cc:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Shaelyn N. Dieter <SDieter@dickinson-wright.com>; Molly Melcher <mmelcher@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; msmart@fennemorelaw.com; Katie Hauh <KHauh@fenwick.com>; Ashley B. Moretto <AMoretto@dickinson-wright.com>
**Subject:** RE: EXTERNAL: RE: Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK

Caleb,

Here again, there is no need for Court intervention. Please stop wasting ours and the Court's time. My email is clear: we are following the Court's stay order.

What are you even asking the Court to address? Please explain so that we can respond. Your vague threats of "moving forward" are not helpful to a productive discussion.

We also again, ask you to verify what Mr. Hickman did to comply with Section 7 of the Court's Default Judgment before Mr. Hickman sought a stay of the Judgment. Mr. Hickman's failure to timely seek a stay does not excuse him from complying with the Court's Judgment. This is the fourth time we've asked for a response. Please respond to our request.

Finally, going forward, please ensure that if you include our communications to the Court in any filing, you include all of our communications in the thread.  We note that you failed to do so in your last Emergency Motion and failed to alert the Court that you did not include the entire thread.  We reserve our rights on your failure to properly inform the Court.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Caleb L. Green <CGreen@dickinson-wright.com>
**Sent:** Friday, September 22, 2023 4:46 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Shaelyn N. Dieter <SDieter@dickinson-wright.com>; Molly Melcher <mmelcher@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; msmart@fennemorelaw.com; Katie Hauh <KHauh@fenwick.com>; Ashley B. Moretto <AMoretto@dickinson-wright.com>
**Subject:** Re: EXTERNAL: RE: Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK

**\*\* EXTERNAL EMAIL \*\***

Eric,

I am not sure what to make of your last email, as it does not appear to be responsive to my question whatsoever. I did not say anything about an "emergency." Further, your suggestions that our client does not follow court orders is false, meritless, and more importantly, completely irrelevant to issue at hand. We asked a reasonable question in effort avoid filing further motions with the court, and offered you an opportunity to demonstrate to the court that the parties can resolve minor issues without court intervention.

However, since we did receive any confirmation from you concerning the Motion for Attorneys' fees or our deadline to file the opposition to the motion, to preserve our rights, we will move forward. I will be available throughout the weekend if you decide to directly respond to our request.

Separately, we are not aware of our client violating any judgments or court orders. Please substantiate your allegations with supporting evidence of any such wrongdoing moving forward.

Have a good weekend.

Caleb

Sent from my iPhone

> On Sep 22, 2023, at 3:52 PM, Eric Ball <eball@fenwick.com> wrote:
>
> Caleb,
>
> Unlike Mr. Hickman, we are complying with the Court's order.  We see no need for you to bother the Court with another emergency created by your own delay.

Going forward, we ask that you stop with the false deadlines and emergencies.  You had two days to ask your question.  And yet you wait until the last minute and demand a rushed response on a Friday afternoon.  These are only emergencies of your own creation and caused by your own delay.  Your emergencies are also especially troublesome given Mr. Hickman's months long refusal to engage in the litigation.  Please be respectful of our time.

Separately, we note that we never heard an explanation from Mr. Hickman for his failure to comply with Section 7 of the Court's order during the time before it was stayed.  Nor have we heard any justification for his destruction of evidence with respect to the video footage of the service of the complaint against Mr. Hickman.  We will take these matters up with the Court at the appropriate time after the Court rules on the motion to vacate.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**Caleb L. Green** Associate Attorney



| 3883 Howard Hughes Parkway | Phone | 702-550-4417 |
| Suite 800 | Fax | 844-670-6009 |
| Las Vegas NV 89169 | Email | CGreen@dickinsonwright.com |

Profile  V-Card

DICKINSON WRIGHT PLLC
ARIZONA CALIFORNIA FLORIDA KENTUCKY MICHIGAN NEVADA OHIO
TENNESSEE TEXAS WASHINGTON D.C. TORONTO

**From:** Caleb L. Green <CGreen@dickinson-wright.com>
**Sent:** Friday, September 22, 2023 12:40 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Shaelyn N. Dieter <SDieter@dickinson-wright.com>; Molly Melcher <mmelcher@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; msmart@fennemorelaw.com; Katie Hauh <KHauh@fenwick.com>; Ashley B. Moretto <AMoretto@dickinson-wright.com>
**Subject:** Meet and Confer - Yuga Labs, Inc. v. Hickman, Case No. 2:23-cv-00111-JCM-NJK

** EXTERNAL EMAIL **

Eric,

In light of the court's order granting our Emergency Motion to Stay Enforcement of the Judgment, we are reaching out to confirm that Yuga Labs, Inc. is in agreement that the court's order stays <u>all</u> enforcement efforts, including the Motion for Attorney's Fees and Bill of Costs, and as a result, stays our deadline to file an opposition to its Motion for Attorneys' Fees and Bill of Costs. This is an accurate and reasonable understanding of the court's order. Please confirm if Yuga Labs is in agreement.

Although we would prefer to confirm our agreement in writing (via email) and not involve the court again, if you indicate that you disagree that the court's order stays all enforcement efforts, including your Motion for Attorneys' Fees and Bill of Costs and our deadline to file a opposition to its Motion for

4

Attorneys' Fees and Bill of Costs, then please let us know so we can bring it to the courts attention. If we do not hear from you **by 4pm PST today**, we will move forward.

Caleb

**Caleb L. Green** Associate Attorney

| | | |
|---|---|---|
| 3883 Howard Hughes Parkway Suite 800 Las Vegas NV 89169 | Phone | 702-550-4417 |
| | Fax | 844-670-6009 |
| | Email | CGreen@dickinsonwright.com |

DICKINSON WRIGHT PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.