**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
CALEB L. GREEN
Nevada Bar No. 15234
scaloiaro@dickinsonwright.com
cgreen@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4417
Fax: (844) 670-6009

*Attorneys for Defendant*
*Ryan Hickman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YUGA LABS, INC, <br><br> Plaintiff, <br><br> v. <br><br> RYAN HICKMAN, <br><br> Defendant. | CASE NO.: 2:23-cv-00111-JCM-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES [FIRST REQUEST]** |

On February 9, 2024, Plaintiff Yuga Labs, Inc. ("Plaintiff") filed its Amended Motion for an Award of Attorneys' Fees (ECF No. 42).

The parties are discussing Mr. Hickman's efforts to comply with the Court's judgment and believe that those discussions could resolve the need for the Court to rule on this motion. Therefore, the parties hereby stipulate to extend the deadline for Defendant Ryan Hickman ("Defendant") to file his opposition to Plaintiff's Amended Motion for an Award of Attorneys' Fees to March 8, 2024. This is the first request to extend the deadline.

///

///

///

///

///

Page **1** of **2**

This request is made in good faith and not for purposes of delay.

DATED this 22nd day of February, 2024.                         DATED this 22nd day of February, 2024.

DICKINSON WRIGHT PLLC                                          FENWICK & WEST LLP

*/s/ Caleb L. Green*                                           */s/ Kimberly Culp*
STEVEN A. CALOIARO                                             FENWICK & WEST LLP
Nevada Bar No. 12344                                           ERIC BALL (CSB 241327)
CALEB L. GREEN                                                 KIMBERLY CULP (CSB 238839)
Nevada Bar No. 15234                                           ANTHONY M. FARES (CSB 318065)
scaloiaro@dickinsonwright.com
cgreen@dickinsonwright.com                                     *Attorneys for Defendant*
3883 Howard Hughes Parkway, Suite 800                          *Yuga Labs, Inc.*
Las Vegas, Nevada 89169
Tel.: (702) 550-4417
Fax: (844) 670-6009

*Attorneys for Defendant*
*Ryan Hickman*

## ORDER

IT IS THEREFORE ORDERED Defendant's opposition to Plaintiff's amended Motion for an Award of Attorneys' Fees is due **March 8, 2024**.

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE