# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YUGA LABS, INC.,

    Plaintiff(s),

v.

RYAN HICKMAN,

    Defendant(s).

Case No. 2:23-cv-00111-JCM-NJK

**Order**

[Docket No. 61]

Pending before the Court is a motion for Dickinson Wright PLLC to withdraw as counsel for Defendant. Docket No. 61. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Defendant's address as stated at Docket No. 61 at 2.

IT IS SO ORDERED.

Dated: June 17, 2024

                                        Nancy J. Koppe
                                        United States Magistrate Judge