UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN HICKMAN, <br><br> Defendant. | Case No.: 2:23-cv-00111-JCM-NJK <br><br> **ORDER RE: MOTION FOR WITHDRAWAL OF ANTHONY M. FARES AS COUNSEL OF RECORD FOR PLAINTIFF YUGA LABS, INC.** |

1

The Court, having considered Plaintiff Yuga Labs, Inc.'s Motion for Withdrawal of Anthony M. Fares as Counsel of Record for Plaintiff Yuga Labs, Inc., and all other documents and arguments relating to the motion, hereby ORDERS that the motion is granted.

It is therefore ordered that Anthony M. Fares is withdrawn as counsel of record for Plaintiff Yuga Labs, Inc. and electronic notifications to Mr. Fares are to be terminated.

IT IS SO ORDERED.

Dated: November 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge