1  JOHN D. TENNERT III (NSB No. 11728)
   jtennert@fennemorelaw.com
2  AUSTIN W. SLAUGHTER (NSB No. 15645)
   aslaughter@fennemorelaw.com
3  FENNEMORE CRAIG P.C.
   7800 Rancharrah Parkway
4  Reno, NV  89511
   Telephone: 775-788-2271
5  Facsimile: 775-786-1177

6  ERIC BALL (CSB No. 241327) (*pro hac vice*)
   eball@fenwick.com
7  KIMBERLY CULP (CSB No. 238839) (*pro hac vice*)
   kculp@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA 94041
   Telephone: 650.988.8500
10 Fax: 650.938.5200

11 MOLLY R. MELCHER (CSB No. 272950) (*pro hac vice*)
   mmelcher@fenwick.com
12 FENWICK & WEST LLP
   555 California Street, 12th Floor
13 San Francisco, CA 94104
   Telephone: 415.875.2300
14 Fax: 415.281.1350

15 *Attorneys for Plaintiff and Judgment Creditor*
   YUGA LABS, INC.
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| YUGA LABS, INC., | Case No.: 2:23-cv-00111-JCM-NJK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED SATISFACTION OF JUDGMENT** |
| RYAN HICKMAN, | |
| Defendant. | |

For and in consideration of payment received, full satisfaction is hereby acknowledged of the Judgment entered in said action on August 25, 2023 in favor of Plaintiff Yuga Labs, Inc. ("Plaintiff"), and against Defendant, Ryan Hickman ("Defendant").  Plaintiff hereby authorizes and directs the clerk of the above-entitled Court to enter this Satisfaction of Judgment.

FENNEMORE CRAIG
LAS VEGAS

50942399.1/058484.0002

| | |
|---|---|
| Dated this 8th day of January, 2025. | Dated this 8th day of January, 2025. |
| | FENNEMORE CRAIG, P.C. |
| By: */s/ Henry Nikogosyan*<br>Henry Nikogosyan, Esq. (NV Bar No. 15073) | By:   */s/ John D. Tennert III*<br>JOHN D. TENNERT III (NSB No. 11728)<br>AUSTIN W. SLAUGHTER (NSB No. 15645) |
| *Attorney for Defendant Ryan Hickman* | *Attorneys for Plaintiff Yuga Labs, Inc.* |

- 2 -

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **STIPULATED SATISFACTION OF JUDGMENT** on the parties set forth below by:

\_\_\_\_\_          Certified Mail, Return Receipt Requested

\_XX\_\_         Via email, per the parties' agreement

_____        Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____        Federal Express (or other overnight delivery)

\_\_XX\_         E-service effected by CM/ECF

Henry Nikogosyan
5940 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
henry.nikogosyan@nclslaw.com

DATED: January 8, 2025.

                                                    */s/ Susan Whitehouse*
                                                  Employee of FENNEMORE CRAIG, P.C.